against the defendant International Bus Corporation. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CLARENCE E. LUCAS, Respondent, v. BLACK RIVER TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MINNIE R. TROWBRIDGE, Respondent, v. BLACK RIVER TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

T. RICHARD SCHUDERER, Respondent, v. CHAUNCEY EAGAN, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MAY E. HATCH, Respondent, v. FRANK E. HATCH, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LANSING REALTY CORPORATION, Plaintiff, v. NORMAN C. BATTY, Defendant.— Submitted controversy determined in favor of the plaintiff, without costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHARLES A. ERICKSON, Respondent, v. ERNEST SUTTON and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CARRIE BRIDENBAKER, Appellant, v. MAY KISSELL and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CARRIE BRIDENBAKER, Appellant, v. MAY KISSELL and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Estate of FRANK URBANSKI, an Incompetent Person.— Motion to dismiss appeal denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MAYNARD E. RUSSELL, Respondent, v. HERMAN SNEARLY, Appellant.— Motion to dismiss appeal denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ALVIN ZIMMERMAN, Respondent, v. BRAINARD REALTY COMPANY, INCORPORATED, and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE HERRING-CURTISS COMPANY, Appellant, v. GLENN H. CURTISS and Others, Respondents.— Order entered appointing Hon. William S. Andrews as referee under interlocutory order entered May 11, 1928, in place of Mr. John Lord O'Brian, resigned. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FRANK MONTECINO, as Administrator, etc., of TERESINA MONTECINO, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event on the ground that the answer admitted the service by the plaintiff on the defendant and the retention by the defendant of proofs of death except as to policy No. 91347287, and at least as to two policies a *prima facie* case was